157 A.3d 856

VERDELLE BOWMAN, PLAINTIFF–PETITIONER, v. RAYMOURS FURNITURE COMPANY, INC. (D/B/A RAYMOUR & FLANIGAN FURNITURE), AND RALPH HUNSINGER, DEFENDANTS–RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004061–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 856

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARK BOND (A/K/A LARRY JOHNSON), DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003694–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.